UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY A, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-03307-JAR |
| ) | |
| FROST ELECTRIC SUPPLY CO., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the parties' Joint Stipulation for Dismissal. (Doc. 18.) The parties have agreed that all claims will be dismissed with prejudice, "subject to the terms of that certain agreement entitled 'PATENT LICENSE AND SETTLEMENT AGREEMENT,' with each party to bear its own costs, expenses and attorneys' fees." (*Id.*)

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Stipulation for Dismissal (Doc. 18), is **GRANTED.**

**IT IS FURTHER ORDERED** that this case is **DISMISSED with prejudice**, pursuant to the parties' Joint Stipulation.

**IT IS FINALLY ORDERED** that all pending deadlines are **VACATED** and all pending motions are **DENIED**.

Dated this 1st day of April, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE